ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0268
adamqwang@gmail.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALFARO,<br><br>　　　　Plaintiffs,<br>vs.<br><br>ARTHA HOSPITALITY, INC., dba QUALITY INN AND SUITES, BHASKER M. PATEL, and DOES 1-10<br>　　　　Defendants | Case No.: 11-0891 EMC<br><br>STIPULATION FOR DISMISSAL |

Parties, through their counsel, stipulate as follows:

1. Parties have reached a settlement at the mediation, fully disposing of the case.

2. Parties stipulate that the claim of Maria Alfaro be dismissed with prejudice in its entirety.

3. Parties stipulate and request that this Court retain jurisdiction for the purpose of enforcing the settlement.

Dated: February 9, 2012

By: 　/s/ADAM WANG　
ADAM Wang
Attorney for Plaintiff

Dated: February 9, 2012

By: _____
GREGORY CHARLES SIMONIAN
Attorney for Defendants

STIPULATION OF DISMISSAL
Alfaro v. Artha Hospitality, Inc et al　　　　1　　　　Case No. CV11-0891 EMC

|   |   |
|---|---|
| ADAM WANG, Bar No. 201233<br>LAW OFFICES OF ADAM WANG<br>12 S First Street, Suite 708<br>San Jose, CA 95113<br>Tel: 408-292-1040<br>Fax: 408-416-0268<br>adamqwang@gmail.com | |

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA ALFARO,<br><br>       Plaintiffs,<br>    vs.<br><br>ARTHA HOSPITALITY, INC., dba QUALITY INN AND SUITES, BHASKER M. PATEL, and DOES 1-10<br>       Defendants | Case No.: 11-0891 EMC<br><br>[PROPOSED] ORDER DISMISSING THE CASE |
|---|---|

Parties have reached a settlement disposing of the entire case. Pursuant to parties' stipulation, IT IS HEREBY ORDERED THAT this case be dismissed with prejudice in its entirety. The Court will retain the jurisdiction for the purpose of enforcing the settlement.

IT IS SO ORDERED.

Dated: February __9__, 2012

By: _____
Edward M. Chen
Judge

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER OF DISMISSAL
Alfaro v. Artha Hospitality, Inc et al                  1                    Case No. CV11-0891 EMC