UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MARIA ALFARO,<br><br>           Plaintiff,<br>  v.<br><br>ARTHA HOSPITALITY, INC., et al.,<br><br>           Defendants.<br>_____/ | No. C 11-891 EMC (MEJ)<br><br>**ORDER SETTING STATUS HEARING RE: SETTLEMENT** |

The Court ORDERS Plaintiff Maria Alfaro and her counsel, Adam Wang, to appear <u>in person</u> for a status conference on March 22, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIA ALFARO,

    Plaintiff,

v.

ARTHA HOSPITALITY, INC., ET AL. et al,

    Defendant.

Case Number: CV11-00891 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Alfaro
220 Cypress Ave, Apt 128
South San Francisco CA 94080

Dated: March 19, 2012

    Richard W. Wieking, Clerk
    By: Brenda Tolbert, Deputy Clerk